214 So.2d 544

**ALLSTATE INSURANCE COMPANY et al.**

v.

**Marshall CROWE.**

Consolidated with
**Marshall CROWE et al.**

v.

**ALLSTATE INSURANCE COMPANY.**

No. 49393.

Oct. 9, 1968.

In re: Marshall Crowe and Elma Crowe applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Washington. 211 So.2d 374; 211 So.2d 369.

Writ Refused. On the facts found by the Court of Appeal, there appears no error of law in its judgment.

214 So.2d 545

**C. L. "Bobby" GAUTHIER, Jr.**

v.

**UNITED STATES CASUALTY COMPANY.**

No. 49394.

Oct. 9, 1968.

In re: C. L. "Bobby" Gauthier, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 210 So.2d 787.

Writ refused. On the facts found by the Court of Appeal the result is correct.